UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CONRAD FULLER, | No. 2:16-cv-01440-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2017, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Despite an extension of time, Plaintiff did not file timely objections to the findings and recommendations. On July 12, 2017, this Court adopted the findings and recommendations, and dismissed this action without prejudice. The case was accordingly closed.

The same day the Court signed the Order adopting the findings and recommendations, Plaintiff's belated objections to the findings and recommendations were received. In an

1  abundance of caution, the Court will reconsider the Order adopting the findings and
2  recommendations in light of Plaintiff's objections.  <u>See</u> Fed. R. Civ. P. 59(e) and 60(b).
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
4  Court has conducted a <u>de</u> <u>novo</u> review of this case, including Plaintiff's objections to the findings
5  and recommendations of the magistrate judge.  Having carefully reviewed the entire file, the
6  Court finds the findings and recommendations to be supported by the record and by proper
7  analysis.
8      Accordingly, IT IS HEREBY ORDERED that the Order entered on July 13, 2017 (ECF
9  No. 13) adopting in full the findings and recommendations and dismissing this action without
10 prejudice is CONFIRMED.

Dated: August 1, 2017

*(signature)*
Troy L. Nunley
United States District Judge